UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Oliver W. Wanger
Senior United States District Judge
Fresno, California

                          RE:    MARTIN, Hector Abel
                                    Docket Number:   1:99CR05103-05
                                    **PERMISSION TO TRAVEL**
                                    **OUTSIDE THE COUNTRY**

Your Honor:

The releasee is requesting permission to travel to Tecate, Mexico.  He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On August 18, 2003, Hector Martin was sentenced for the offense of Conspiracy to Possess With the Intent to Distribute Cocaine, Methamphetamine, and Heroin.

**Sentence imposed:**  The releasee was sentenced to 60 months in Bureau of Prisons, 60 months term of supervised release, mandatory testing, and $200 special assessment. His special conditions include search and seizure, financial disclosure, drug testing, alcohol restriction, co-payment plan, and drug registration.

**Dates and Mode of Travel:** He will be traveling by personal vehicle and will be leaving March 12, 2008, returning March 16, 2008.

**Purpose:** The releasee's father suffered a heart attack and is hospitalized.

RE:  **MARTIN, Hector Abel**
     **Docket Number:   1:99CR05103-05**
     **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully Submitted,

/s/ Marlene K. DeOrian

**Marlene K. DeOrian**
**United States Probation Officer**

**DATED:**   March 11, 2008
             Fresno, California
             MKD

**REVIEWED BY:**    /s/ Bruce A. Vasquez
                    **Bruce A. Vasquez**
                    **Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

Approved _____X_____         Disapproved _____

IT IS SO ORDERED.

**Dated:   March 12, 2008**              /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE