UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Oliver W. Wanger
Senior United States District Judge
Fresno, California

                    RE:    MARTIN, Hector Abel
                          Docket Number:   1:99CR05103-05
                          PERMISSION TO TRAVEL
                          OUTSIDE THE COUNTRY

Your Honor:

The releasee is requesting permission to travel to Tecate, Mexico.  He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On August 18, 2003, Hector Martin was sentenced for the offense of Conspiracy to Possess With the Intent to Distribute Cocaine, Methamphetamine, and Heroin.

**Sentence imposed:**  The releasee was sentenced to 60 months in Bureau of Prisons, 60 month term of supervised release, mandatory testing, and $200 special assessment. His special conditions include search and seizure, financial disclosure, drug testing, alcohol restriction, co-payment plan, and drug registration.

**Dates and Mode of Travel:** He will be traveling by personal vehicle and will be leaving July 23, 2008, returning July 25, 2008.

The Court previously approved travel to Mexico for June 27, 2008, returning June 30, 2008; however, the releasee was unable to travel on these dates.

**RE:    MARTIN, Hector Abel**
**Docket Number:   1:99CR05103-05**
**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**


**Purpose:** To visit his father.

                                  Respectfully Submitted,

                                  /s/ Marlene K. DeOrian

                                **Marlene K. DeOrian**
                                **United States Probation Officer**


**DATED:**     July 11, 2008
                Fresno, California
                MKD


**REVIEWED BY:**          /s/ Bruce A. Vasquez
                              **Bruce A. Vasquez**
                              **Supervising United States Probation Officer**

**RE:     MARTIN, Hector Abel
         Docket Number:   1:99CR05103-05
         PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

---

**ORDER OF THE COURT:**

Approved _____X_____          Disapproved _____

IT IS SO ORDERED.

**Dated:   July 15, 2008**          **/s/ Oliver W. Wanger**
                                    UNITED STATES DISTRICT JUDGE